# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. VOIGT,<br><br>Defendant. | PO-25-5187-GF-JTJ<br><br>VIOLATION:<br>W0872903<br>Location Code: M23F<br><br>ORDER |

Based upon the United States' motion to dismiss violation W0872903 and for good cause shown,

**IT IS ORDERED** that violation W0872903 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED.**

DATED this 2nd day of January 2026.

_____
John Johnston
United States Magistrate Judge